

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00658-CR

James E. **SALDANA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 365341
Honorable Scott Roberts, Judge Presiding

## O R D E R

On December 18, 2014, the trial court clerk filed a supplemental clerk's record containing an amended trial court certification which certifies that this criminal case is not a plea-bargain case, and the defendant has the right of appeal. Accordingly, the court reporter is ORDERED to file the reporter's record within 30 days of the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court